# Arnold & Porter

**Jennifer Kwapisz**
+1 212.836.7439 Direct
Jennifer.Kwapisz@arnoldporter.com

February 4, 2026

<u>VIA ECF</u>

Application GRANTED.  Petitioner's deadline to file objections to the Report and Recommendation, ECF No. 23, is hereby extended to **March 17, 2026**, and Respondent's deadline to file any response is extended to **April 17, 2026**.

The Clerk of Court is directed to terminate ECF No. 24.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: February 5, 2026

The Honorable Jennifer H. Rearden
United States District Judge
U.S. District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:     *Newman v. Miller*, 1:23-cv-1562(JHR)(JW) (S.D.N.Y.)

Dear Judge Rearden:

Our firm represents Petitioner Timothy Newman in the above-referenced matter. By way of background, Mr. Newman filed a Petition for a Writ of Habeas Corpus on February 17, 2023.  A Report and Recommendation (R&R) issued in this matter yesterday, February 3, 2026.  Objections to the R&R are currently due February 17, 2026, and any responses to such objections are due fourteen days after objections are served.

The parties have conferred and write to jointly request an extension of the deadline to file objections until March 17, 2026, and an extension of the deadline to file responses to any such objections to April 17, 2026.  The extensions are sought to allow the parties time to fully respond to the R&R and to accommodate counsels' schedules. This is the parties' first request for an extension of the deadlines related to objections to the R&R.

The parties are not currently scheduled to appear before the Court, and aside from the objection-related deadlines addressed herein, there are no other pending deadlines in this case.

Respectfully submitted,

ARNOLD & PORTER
KAYE SCHOLER LLP

/s/ Jennifer Kwapisz
Jennifer Kwapisz

**Arnold&Porter**

Hon. Jennifer H. Rearden
February 4, 2026
Page 2

Cc: David M. Cohn, Esq.
   Assistant District Attorney

   Matthew Bova, Esq., Center for Appellate Litigation
   Melissa Brown, Esq., Arnold & Porter Kaye Scholer LLP
   Lisa Cordara, Esq., Arnold & Porter Kaye Scholer LLP

**Arnold&Porter**